IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

**1) JORGE MARCELO CANALES-RAMOS**
2) HECTOR LOPEZ-AVILA
Defendants

CRIMINAL 08-0132CCC

**ORDER**

On December 2, 2011, U.S. Magistrate Judge Marcos E. López held a hearing for defendant Jorge Marcelo Canales-Ramos (1) to show cause why the term of supervised release being served by him should not be revoked for his failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of his supervised release (**docket entry 132**). Accordingly, defendant Canales-Ramos is hereby GRANTED a final term of eleven (11) days after notice to inform whether he will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

The **final revocation hearing is set for December 19, 2011 at 4:20 PM**.

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against him,

2. to present evidence on his own behalf,

3. to the opportunity to question witnesses against him, and

4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on December 15, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge